STEPHENSON, ACQUISTO & COLMAN
JOY YOUNG STEPHENSON, ESQ.  (SBN 113755)
BARRY SULLIVAN, ESQ.        (SBN 136571)
RICHARD LOVICH, ESQ.        (SNB 113472)
OLIVER TOMAS, ESQ.          (SBN 233807)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
SOUTHERN CALIFORNIA SPECIALTY CARE, INC., a
California for-profit corporation, dba Kindred Hospital – Westminster

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA SPECIALTY CARE, INC., a California for-profit corporation, dba Kindred Hospital – Westminster<br><br>Plaintiff,<br><br>vs.<br><br>AETNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut for-profit corporation; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | CASE No. SACV 10-441-JVS (ANx)<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date:  February 22, 2011<br>Time:       8:30 a.m.<br>Courtroom:  10C<br>Judge:      Hon. James V. Selna |

///

## ORDER

Pursuant to the Stipulation of Dismissal between Plaintiff SOUTHERN CALIFORNIA SPECIALTY CARE, INC., and Defendant AETNA LIFE INSURANCE COMPANY (erroneously sued as AETNA HEALTH AND LIFE INSURANCE COMPANY), it is hereby ordered that this matter be dismissed with prejudice.

IT IS HEREBY ORDERED.

DATED: November 3, 2010  _____

HON. JAMES V. SELNA

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service were served with a copy of the following document via the Central District of California CM/ECF system on November ____, 2010:

**PROPOSED STIPULATED ORDER TO DISMISS ACTION**

/s/ Oliver Tomas

Attorneys for Plaintiff
SOUTHERN CALIFORNIA
SPECIALTY CARE, INC.